UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-156-H

ABDUL HAKEEM MALIK									PLAINTIFF

V.

TOM CAMPBELL, et al.									DEFENDANTS

**MEMORANDUM AND ORDER**

Defendants have moved to dismiss this prisoner conditions of confinement case on the grounds that Plaintiff had failed to exhaust his administrative remedies. Subsequent to the motion, the United States Supreme Court has decided a multi-party case, *Jones v. Bock*, ____ U.S. ____, 2007 U.S. LEXIS 1325 (2007), which substantially changes the applicable standards to analyzing the exhaustion requirement.

The Court will dismiss the current motion and require any resubmission to include a discussion of this new case. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED at this time.

cc:	Abdul Hakeem Malik, *Pro Se*
	Counsel of Record